# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | |
|---|---|
| Herbert S. Christensen, Jr., ) | |
| ) | |
| Petitioner, ) | Civil Action No.: 0:05-896-12 |
| ) | |
| vs. ) | |
| ) | |
| United States of America, ) | **ORDER** |
| ) | |
| Respondent. ) | |
| _____) | |

On March 24, 2005, the petitioner commenced this pro se action pursuant to 28 U.S.C. § 1651. On May 3, 2005, Magistrate Judge Bristow Marchant issued a report analyzing the issues and recommending that the Court dismiss this petition *without prejudice* and without issuance and service of process. Attached to the report and recommendation was a "Notice of Right to File Objections." Pursuant to that Notice, the parties herein were provided ten days during which to file written objections to the report and recommendation and informed of the consequences resulting from a failure to do so. See 28 U.S.C. § 636(b)(1)(C). To date, no objections have been filed.

Accordingly, the Court adopts the report and recommendation. The Court therefore dismisses this petition *without prejudice* and without issuance of service of process.

**AND IT IS SO ORDERED**.

_C. Weston Houck_
_____

June 21, 2005                              **C. WESTON HOUCK**
Charleston, South Carolina       **UNITED STATES DISTRICT JUDGE**